UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELLA ELIZABETH MARTINEZ,

Plaintiff,

v.

NAPA STATE HOSPITAL, et al.,

Defendants.

Case No. 23-cv-04247-JCS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Susan Illston for consideration of whether the case is related to 20-cv-8631.

**IT IS SO ORDERED.**

Dated: September 6, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge