UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA ELIZABETH MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CINDY BLACK, et al.,<br><br>Defendants. | Case No. 23-cv-04247-SI  (SI)<br><br>**AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 1/9/2026 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   n/a

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

***NON-EXPERT DISCOVERY CUTOFF is: 7/17/2026.[1]***

DESIGNATION OF EXPERTS: 7/31/2026; REBUTTAL: 8/14/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/11/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/25/2026;
    Opp. Due: 10/9/2026; Reply Due: 10/16/2026;
    and set for hearing no later than 10/30/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  11/10/2026
PRETRIAL CONFERENCE DATE: 11/24/2026 at 1:30 PM.

JURY TRIAL DATE: 12/7/2026 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

---

[1] Corrected from 1/17/2026

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: October 14, 2026

_____
SUSAN ILLSTON
United States District Judge