United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELLA ELIZABETH MARTINEZ,
Plaintiff,
v.
CINDY BLACK, et al.,
Defendants.

Case No. 23-cv-04247-SI

**ORDER FOR DISCOVERY PRODUCTION BY 6PM TODAY**

Re: Dkt. No. 119

The Court has reviewed the parties' recently filed discovery dispute regarding RFP No. 50 and whether defendants must produce the violence risk assessment form for Patient B. Dkt. No. 119. The Court agrees with plaintiff that this discovery should have been produced following the discovery order the Court issued July 10, 2026. *See* Dkt. No. 109.

**The Court ORDERS defendants to produce the violence risk assessment form for Patient B by no later than 6:00 p.m. Pacific Time today, September 15, 2026.**

The Court denies plaintiff's request for sanctions at this time.

**IT IS SO ORDERED**.

Dated: September 15, 2026

Susan Illston

SUSAN ILLSTON
United States District Judge